Robert F. Wallace, Esq. (SBN 137132)
ACCESS LEGAL SERVICES
1705 Webster Street
Alameda, CA 94501
phone: 510-891-9900
Robert@RobertWallaceLaw.com

Attorney for Plaintiff YESENIA MANFUT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MANFUT,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TECH AIR, INC., and DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. C 4:19-cv-01456-JSW<br><br>~~(PROPOSED)~~ ORDER GRANTING DISMISSAL WITH PREJUDICE |

The court has received plaintiff's Request for Dismissal with Prejudice, in which plaintiff notified the Court that the parties have reached a comprehensive settlement in this matter.

Accordingly, it is HEREBY ORDERED that this case be DISMISSED WITH PREJUDICE.

Dated: April __30__, 2020

By: _____/s/ Jeffrey S. White_____
　　　JUDGE/MAGISTRATE

_____

~~(PROPOSED)~~ ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE